**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **CAMERON LACROIX** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-cv-12738-ADB** |
| | ) | |
| **AMAZON.COM SERVICES LLC** | ) | |
| | ) | |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55(a)**

Plaintiff Cameron Lacroix, proceeding pro se, respectfully requests that the Clerk enter default against Defendant Amazon.com Services LLC pursuant to Federal Rule of Civil Procedure 55(a).

In support of this request, Plaintiff states as follows:

1. Plaintiff commenced this civil action by filing a Complaint against Defendant Amazon.com Services LLC on June 16, 2026.

2. The Clerk issued a summons directed to Defendant on June 16, 2026.

3. Plaintiff filed an Amended Complaint on June 27, 2026.

4. Defendant was properly served with the summons and Complaint on June 30, 2026.

5. Service was made upon Defendant's Registered Agent CSC Group, in the manner stated in the proof or affidavit of service.

6. The proof or affidavit of service was filed with the Court at ECF No. [8].

7. Defendant's deadline to answer, move, or otherwise respond to the Complaint was July 21, 2026.

8. The deadline has expired.

9. As of the filing of this request, Defendant has not filed an answer, a motion under Federal Rule of Civil Procedure 12, or any other response to the Complaint.

10. Defendant has not otherwise appeared or defended this action.

11. Plaintiff has not agreed to extend Defendant's response deadline and is unaware of any Court order extending that deadline.

12. Federal Rule of Civil Procedure 55(a) provides that the Clerk must enter a party's default when the party has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise.

13. Defendant's failure to plead or otherwise defend is demonstrated by the Court's docket and the accompanying Declaration of Cameron Lacroix.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Amazon.com Services LLC pursuant to Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

CAMERON LACROIX
Pro-se

Cameron Lacroix
P.O. Box 620144
Newton, Massachusetts 02462
617-539-6662
cameronlacroix@proton.me

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 21, 2026. A copy will be mailed to the following addresses:

Amazon.com Services LLC
c/o Azalea Park
410 Terry Avenue
North Seattle, WA 98109

Registered Agent:
Corporation Service Company
84 State St Ste 660
Boston, MA 02109