**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CAMERON LACROIX,
Plaintiff,

v. Civil Action No: 26-cv-12738-ADB

AMAZON.COM SERVICES LLC,
Defendant.

**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(1)**

Plaintiff Cameron Lacroix, proceeding pro se, respectfully applies to the Clerk for entry of default judgment against Defendant Amazon.com Services LLC under Federal Rule of Civil Procedure 55(b)(1). In support, Plaintiff states as follows:

## I. PROCEDURAL BACKGROUND

**1.** Plaintiff commenced this action on June 16, 2026.

**2.** Plaintiff filed the operative First Amended Complaint on June 27, 2026.

**3.** Defendant was served on June 30, 2026, and its response was due on July 21, 2026.

**4.** Defendant failed to plead or otherwise defend.

**5.** Plaintiff requested entry of default, and the Clerk entered default against Defendant on July 27, 2026.

**6.** Defendant has not appeared in this action and remains in default.

## II. AMOUNT REQUESTED

Plaintiff requests judgment in the principal amount of Twenty-Nine Million Dollars ($29,000,000.00), the amount demanded in the operative pleading.

Plaintiff is willing to accept $29,000,000.00 as full monetary resolution of the claims asserted in this action. Plaintiff contends that the amount reflects the seriousness, duration, and cumulative consequences of the conduct alleged in the First Amended Complaint, including severe emotional distress, psychiatric treatment, financial hardship, reputational injury, lost promotion opportunity, delayed stock, career-progression harm, and continuing trauma-related symptoms.

Plaintiff further states that he possesses recordings and other intelligence that, in his view, support the amount demanded. The following facts are stated according to Plaintiff’s personal perception and belief and are not presented as adjudicated findings.

**III. FACTUAL BASIS SUPPORTING THE REQUESTED AMOUNT**

**7.** The First Amended Complaint identifies Amazon employee Matthew Dolan as a central figure in the events giving rise to Plaintiff's workplace reports, distress, and Ethics complaint.

**8.** Plaintiff alleges that Mr. Dolan participated in, or coordinated with others concerning, an investigation involving Plaintiff and efforts to obtain, control, or destroy evidence contained on Plaintiff's cellular telephone.

**9.** Plaintiff alleges that on December 4, 2025, he recorded individuals whom he believed to be rogue federal agents discussing a plan to grab and smash his cellular telephone. Plaintiff alleges that the telephone contained audio and video recordings relevant to the matters described in the Complaint.

**10.** On May 5, 2026 Plaintiff caught two covert operators having a conversation in a common area of his apartment building. Plaintiff believes that these individuals were Erika Calzero and Lilla Klesch and that they were associated with the Central Intelligence Agency.

**11.** Based on the content of the conversation, Plaintiff believed they were discussing the investigation described in the First Amended Complaint and matters involving Amazon.

**12.** Plaintiff heard references that he understood to concern his social-media posts about the Department of Justice Office of the Inspector General concerning the Federal Bureau of Investigation and the fact that he had been "sending full reports."

**13.** Plaintiff believes that Ms. Calzero stated that "he made 29 million dollars" and he understood this statement as referring to the amount associated with the incident in which agents allegedly planned to break or destroy his cellular telephone and other overt acts. In addition, that conversation included discussions related to Amazon, the FBI, and the fact that "full reports" were being sent to the Office of the Inspector General.

**14.** Plaintiff understands this conversation as corroborating that the $29,000,000.00 demand was known and discussed by persons whom he believed were connected to the investigation, and as supporting his assessment of the seriousness and value of the claims.

**15.** Plaintiff therefore states under penalty of perjury that $29,000,000.00 is the definite amount he demands and is willing to accept in satisfaction of the monetary claims asserted in this action.

**IV. RULE 55(b)(1) REQUEST**

Rule 55(b)(1) permits the Clerk to enter judgment when the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the defendant has been defaulted for failing to appear, and the plaintiff submits an affidavit showing the amount due.

Plaintiff submits that the exact amount demanded in the operative pleading, confirmed in the accompanying declaration as the amount Plaintiff is willing to accept, is $29,000,000.00. Plaintiff accordingly requests clerk-entered judgment in that principal amount.

**V. RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default judgment in favor of Plaintiff Cameron Lacroix and against Defendant Amazon.com Services LLC in the principal amount of Twenty-Nine Million Dollars ($29,000,000.00).

Respectfully submitted,

CAMERON LACROIX
Plaintiff, Pro Se
PO Box 620144
Newton, MA 02462
617-539-6662
cameronlacroix@proton.me
Dated: July 29, 2026

# DECLARATION OF CAMERON LACROIX

I, Cameron Lacroix, declare as follows:

**1.** I am the Plaintiff in this action and have personal knowledge of the matters stated in this declaration, except where stated on information and belief.

**2.** The Clerk entered default against Amazon.com Services LLC on July 27, 2026.

**3.** The amount I demand and am willing to accept in full monetary resolution of the claims asserted in this action is $29,000,000.00.

**4.** I base that amount on the cumulative injuries alleged in the First Amended Complaint, including severe emotional distress, psychiatric treatment, financial hardship, reputational injury, lost promotion opportunity, delayed stock, career-progression harm, and ongoing trauma-related symptoms.

**5.** I also possess recordings and other intelligence that I believe support the seriousness of the conduct and the amount demanded.

**6.** On May 5, 2026, in a common area of my apartment building, I overheard parts of a conversation between two persons I believed to be Erika Calzero and Lilla Klesch.

**7.** Based on what I heard, I believed they were discussing the Amazon investigation described in my complaint, my social-media posts concerning the Department of Justice Office of the Inspector General which were submitted to the FBI, and the fact that I had been "sending full reports."

**8.** I heard Ms. Calzero state words to the effect that I "made 29 million dollars." I understood that statement as referring to my $29,000,000.00 demand and to the incident in which I allege that agents planned to break or destroy my cellular telephone.

**9.** I submit this declaration to show the exact amount I demand and the factual basis for my request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 29, 2026



Cameron Lacroix

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**PROPOSED DEFAULT JUDGMENT**

CAMERON LACROIX, Plaintiff,

v.

AMAZON.COM SERVICES LLC, Defendant.

Civil Action No. 1:26-cv-12738-ADB

Defendant Amazon.com Services LLC having failed to plead or otherwise defend in this action, and its default having been entered;

Now, upon application of Plaintiff Cameron Lacroix and the accompanying declaration stating that Defendant owes Plaintiff the principal sum of $29,000,000.00;

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Cameron Lacroix recover from Defendant Amazon.com Services LLC the principal amount of Twenty-Nine Million Dollars ($29,000,000.00).

By the Court,

___________________________________
DEPUTY CLERK

Dated: ____________________