**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CAMERON LACROIX,
Plaintiff,

v.

Civil Action No: 26-cv-12738-ADB

AMAZON.COM SERVICES LLC,
Defendant.

# CERTIFICATE OF SERVICE

I hereby certify that the preceding document, MOTION for Default Judgment filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 29, 2026.

It has also been mailed to the Defendant and their Registered Agent on August 1, 2026.

Amazon.com Services LLC
c/o Azalea Park
410 Terry Avenue
North Seattle, WA 98109

Registered Agent:
Corporation Service Company
84 State St Ste 660
Boston, MA 02109

Dated: August 1, 2026

CAMERON LACROIX

/s/ Cameron Lacroix
Pro-se
PO Box 620144
Newton, MA 02462
cameronlacroix@proton.me