CERTIFIED MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USMS
Screened

7019 2970 0001 7999 3357



quadient
FIRST-CLASS MAIL
IMI
$006.33⁰
07/28/2026 ZIP 02210
043M31266831
US POSTAGE

Amazon.com Services LLC
c/o Azalea Park
410 Terry Avenue
North Seattle, W

NIXIE        980    FE 1         0008/09/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK      BC: 0221030Z599    *2422-01259-28-42

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Cameron Lacroix,**

      Plaintiff,

            v.

**Amazon.com Services LLC,**

      Defendant.

Civil Action No. 26-cv-12738-ADB

## NOTICE OF DEFAULT

Burroughs, D.J.

Upon application of the Plaintiffs' Request for Entry of Default [ECF #9], for failure of the Defendants to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, **Amazon.com Services LLC** is hereby defaulted on this date.

BY THE COURT,

/s/ Marlene Martins
Deputy Clerk

Dated: July 27, 2026