**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CAMERON LACROIX,

Plaintiff,

v.

AMAZON.COM SERVICES LLC.,

Defendant.

Civil Action No. 1:26-cv-12738-ADB

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Emily Miller of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendant Amazon.com Services LLC in connection with the above-captioned action.

DATED: August 21, 2026

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC

By its attorneys,

*/s/ Emily Miller*

Emily Miller (BBO No. 705662)
emmiller@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Emily Miller*
Emily Miller