**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMERON LACROIX,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC.,<br><br>Defendant. | Civil Action No. 1:26-cv-12738-ADB |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Amazon.com Services LLC ("Amazon" or "Defendant"), by and through its counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) and, in the alternative as to Counts VII and VIII, pursuant to Fed. R. Civ. P. 12(b)(1), hereby respectfully requests that the Court dismiss Plaintiff's First Amended Complaint ("FAC") with prejudice.

Plaintiff brings eight counts in his Amended Complaint: retaliation in violation of the ADA and M.G.L. c. 151B ("Chapter 151B") (Counts I and IV); disability discrimination in violation of the ADA and Chapter 151B (Counts II and V); impermissible disability-related inquiry and medical examination (Count III); false imprisonment (Count VI); and intentional and negligent infliction of emotional distress ("IIED" and "NIED", respectively) (Counts VII and VIII).

The discrimination and retaliation claims (Counts I, II, IV, and V) fail because they plead no actionable adverse action and because the narrative does not plausibly connect Amazon's actions to any protected status or activity. Plaintiff's allegations demonstrate an objective basis permitting Amazon's "disability-related inquiry," defeating Count III. The FAC does not establish that the individuals who allegedly falsely imprisoned Plaintiff were Amazon's agents with authority to impose confinement—and the chronology and allegations in Count VI

negate complete, unlawful restraint. Counts VII and VIII are legally barred by workers' compensation exclusivity and independently fail to state a claim. Further amendment would not alter the legitimacy of Amazon's conduct, as pleaded, and should not be permitted. As set forth more fully in Defendant's contemporaneously filed memorandum of law, the Court should dismiss Plaintiff's FAC with prejudice.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiff's FAC with prejudice, and grant such further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(d), Amazon respectfully requests oral argument.

DATED: September 17, 2026

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC

By its attorneys,

*/s/ Kristin McGurn*

Kristin McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Emily Miller (BBO No. 705662)
emmiller@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I hereby certify that counsel for Amazon attempted to confer with Plaintiff by email on September 17, 2026 in a good faith attempt to resolve or narrow the issues raised in the instant Motion. At the time of filing, Plaintiff has not responded to Amazon's outreach.

/s/ *Kristin McGurn*
Kristin McGurn

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Kristin McGurn*
Kristin McGurn