**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CAMERON LACROIX,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

Civil Action No: 1:26-cv-12738-ADB

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY**

Pursuant to Local Rule 7.1(b)(3), Defendant Amazon.com Services LLC respectfully moves this Court for leave to file a six-page reply brief—a copy of which is attached hereto as **Exhibit A**—in support of its Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 30. In support of this Motion, Defendant states as follows:

1. On September 17, 2026, Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint. ("Motion to Dismiss") ECF No. 30.

2. On September 20, 2026, Plaintiff filed his Opposition to Defendant's Motion to Dismiss. ECF No. 32.

3. Plaintiff's Opposition raises arguments not addressed in Defendant's Motion to Dismiss and includes new factual allegations.

4. Pursuant to the Court's Local Rules, Defendant must seek leave of Court to file a reply.

5. Defendant submits that a reply brief will assist the Court in resolving Defendant's Motion to Dismiss. Defendant further states that its proposed reply is narrowly tailored to address the new arguments and allegations made in Plaintiff's Opposition.

6. Pursuant to Local Rule 7.1, counsel for Defendant contacted Plaintiff by email on October 5, 2026 to confer regarding this Motion, and at the time of filing, Plaintiff has not yet responded to that outreach.

For the foregoing reasons, Defendant respectfully requests leave to file a reply brief. A copy of the proposed reply for filing is attached as **Exhibit A**.

DATED: October 5, 2026

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC

By its attorneys,

*/s/ Kristin McGurn*

Kristin McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Emily Miller (BBO No. 705662)
emmiller@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for Amazon attempted to confer with Plaintiff by email on October 5, 2026 in a good faith attempt to resolve or narrow the issues raised in the instant Motion. At the time of filing, Plaintiff has not responded to Amazon's outreach.

/s/ *Kristin McGurn*
Kristin McGurn

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Kristin McGurn*
Kristin McGurn